1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, JR., Bar #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   KENT D. NICHOLSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No.  No. 08-cr-170 GGH
                                    )
13           Plaintiff,              )
                                    ) **STIPULATION AND ORDER TO CONTINUE**
14     v.                            ) **SURRENDER DATE**
                                    )
15 KENT D. NICHOLSON,               )
                                    )
16           Defendant.              ) Judge: Hon. Gregory G. Hollows
                                    )
17 _____  )

18     It is hereby stipulated between the United States of America,

19 through MATTHEW C. STEGMAN, Assistant United States Attorney, and the

20 defendant, by and through counsel, MICHAEL PETRIK, Jr., Assistant

21 Federal Defender, that the surrender date of October 30, 2009, before

22 12:00 p.m., be continued to November 6, 2009, before 12:00 p.m.

23     The reason for this continuance is that the Bureau Of Prisons

24 needs additional time to designate defendant.

25 / / /

26 / / /

27 / / /

28 / / /

| | | |
|---|---|---|
| 1 | DATED: October 27, 2009 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | /s/ M.Petrik |
| 4 | | _____ |
| 5 | | MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| 6 | | Attorneys for KENT D. NICHOLSON |

```
 1   DATED: October 27, 2009           Respectfully submitted,
 2                                     DANIEL J. BRODERICK
                                       Federal Defender
 3
                                       /s/ M.Petrik
 4                                     _____
 5                                     MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
 6                                     Attorneys for KENT D. NICHOLSON
 7
 8   DATED: October 27, 2009           LAWRENCE G. BROWN
                                       Acting United States Attorney
 9
                                       /s/ Matthew C. Stegman
10                                     _____
                                       MATTHEW C. STEGMAN
11                                     Assistant U.S. Attorney
12
13                  _____
14

15                                O R D E R
16        IT IS SO ORDERED.
17   DATED: October 28, 2009
18
                                        /s/ Gregory G. Hollows
19                                     _____
                                       GREGORY G. HOLLOWS
20                                     United States Magistrate Judge
21   nicholson.eot
22
23
24
25
26
27
28

     Nicholson/Stip Order              -2-
```