1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, JR., Bar #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   KENT D. NICHOLSON

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    )  No.  No. 08-cr-170 GGH
                                )
13              Plaintiff,      )
                                )  **STIPULATION AND ORDER TO CONTINUE**
14      v.                      )  **SURRENDER DATE**
                                )
15 KENT D. NICHOLSON,           )
                                )
16              Defendant.      )  Judge: Hon. Gregory G. Hollows
                                )
17 _____)

18       It is hereby stipulated between the United States of America,

19 through MATTHEW C. STEGMAN, Assistant United States Attorney, and the

20 defendant, by and through counsel, MICHAEL PETRIK, Jr., Assistant

21 Federal Defender, that the surrender date of November 6, 2009, before

22 12:00 p.m., be continued to November 9, 2009, before 12:00 p.m.

23       Mr. Nicholson was just designated and needs additional time to

24 make arrangements for travel to Taft, California.

25 / / /

26 / / /

27 / / /

28 / / /

```
DATED: November 5, 2009            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ M. Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for KENT D. NICHOLSON


DATED: November 5, 2009            LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Matthew C. Stegman
                                   _____
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney
```

_____

O R D E R

   IT IS SO ORDERED.

DATED: November 12, 2009

                                   /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge

nicholson.eot2

Nicholson/Stip Order                -2-